IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 2021-406 |
| MARIE BEREN | |

## WAIVER OF INDICTMENT

Marie Beren, the above named defendant, who is accused of ~~USC 6241~~ 18 U.S.C. §241 (Consp); 52 U.S.C. § 10307(c) (voting more than once in a federal election); 52 U.S.C. § 10307(c) (Conspiring to vote illegally in fed. election); 18 U.S.C. § 2 (aiding and abetting) being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Marie Beren, Defendant

_____
Attorney for the U.S.

_____
Counsel for Defendant

Date
10/25/21

Waivind.frm (Rev. 3/18)
WAIVIND.doc