# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 21-406** |
| : | |
| **MARIE BEREN** : | |
| : | |

## O R D E R

**AND NOW**, this 12th day of May, 2022, upon consideration of Defendant's Motion to Allow Travel (Doc. No. 14) stating that the Government and Pre-Trial Services have no objection to Defendant's request, it is hereby **ORDERED** that Defendant's Motion (Doc. No. 14) is **GRANTED**. It is **FURTHER ORDERED** that Defendant is granted permission to travel to Orlando, Florida from May 20, 2022 through May 25, 2022.

**AND IT IS SO ORDERED.**

_/s/ Paul S. Diamond_
Paul S. Diamond, J.